KATHRYN N. NESTER (UT #13967)
NESTER LEWIS PLLC
40 S 600 E
Salt Lake City, UT  84102
(801) 535-4375
kathy@nesterlewis.com

CATHY FLEMING (NJ #016311987), *pro hac vice*
FLEMING RUVOLDT PLLC
779 Closter Dock Road
Closter, NJ 07624
201-518-7907
cfleming@flemingruvoldt.com

*Attorneys for Demarko Bowlds*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEMARKO BOWLDS a/k/a MARK BOWLDS a/k/a MARK CALIBRONE,<br><br>Defendant. | ORDER GRANTING DEFENSE MOTION FOR LEAVE TO TRAVEL OUTSIDE CONTINENTAL UNITED STATES<br><br>Case No. 2:25-cr-225<br><br>Honorable Jared C. Bennett |

THIS CAUSE having come before this Court pursuant to Defendant Demarko Bowlds' Motion for Leave to Travel Outside Continental United States, and the Court, having considered same, hereby GRANTS Mr. Bowlds permission to travel to the U.S. territory of Puerto Rico from June 26th through July 9th.

1

SO ORDERED on this the 24th day of June, 2026.


BY THE COURT

_____
United States Magistrate Judge
Jared C. Bennett